# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Cause No.: 1:06-CR-0053 |
| | ) | 1:10-CV-104 |
| VIRGIL SMITH | ) | |
| | ) | |

## OPINION AND ORDER

Before the Court is Defendant Virgil Smith's ("Smith's") "Request for a Certificate of Appealability pursuant to 28 U.S.C. §2253(c)" filed on July 13, 2010. On June 11, 2010, the undersigned entered an Opinion and Order denying Smith's motion to vacate, set aside, or correct sentence and specifically denied Smith a certificate of appealability as the Court is now required to do at the time it enters a final order on habeas petition pursuant to Rule 11(a) of the Rules Governing Habeas Corpus Proceedings. In pertinent part, that order reads:

> Moreover, considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing §§ 2254 and 2255 proceedings, and 28 U.S.C. § 2253(c), the Court DENIES a certificate of appealability. "A [COA] may issue ... only if the applicant has made a substantial showing of the denial of a constitutional right." *Id.* at § 2253(c)(2). To make such a showing, petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Tennard v. Dretke,* 542 U.S. 274, 282 (2004) (quoting *Slack v. McDaniel,* 529 U.S. 473, 484 (2000)), or that "the issues presented were 'adequate to deserve encouragement to proceed further.' " *Miller-El v. Cockrell,* 537 U.S. 322, 335-36 (2003) (quoting *Barefoot v. Estelle,* 463 U.S. 880, 893 n. 4 (1983)). Petitioner has not made the requisite showing in these circumstances. Thus, no certificate of appealability shall issue.

Opinion and Order dated June 11, 2010. Accordingly, the issue of a certificate of appealability has already been resolved. No certificate of appealability is warranted in this case.

SO ORDERED.

This 13th day of July, 2010

                                                                       s/ William C. Lee
                                                      United States District Court