# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Cause No.: 1:06-CR-0053 |
| ) | 1:10-CV-104 |
| VIRGIL SMITH ) | |
| ) | |

## OPINION AND ORDER

Before the Court is Defendant Virgil Smith's ("Smith's") "Request to Proceed on Appeal In Forma Pauperis." Smith is seeking to appeal this court's June 11, 2010 Order denying his petition to vacate his sentence pursuant to 28 U.S.C. §2255. That Order also denied Smith a Certificate of Appealability.

An appeal may not be taken *in forma pauperis* if the court determines that the appeal is not in good faith. 28 U.S.C. § 1915(a)(3). To determine that an appeal is in good faith, a court need only find that a reasonable person could suppose that the appeal has some merit. *Walker v. O'Brien,* 216 F.3d 626, 632 (7th Cir.2000); *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir.2000).

Under the circumstances of this case, a reasonable person could not suppose an appeal to have any merit. Smith was charged with, and convicted of, a violation of 18 U.S.C. § 2113(a) & (d) and 18 U.S.C. § 924(c) in connection with the armed robbery of the Chase Bank (formerly Bank One) located at 9105 Lima Rd., Ft. Wayne, IN on December 9, 2002. The premise behind Smith's §2255 petition is that his trial and appellate counsel were ineffective for failing to require the Government to prove the FDIC insured status of the bank. As Smith sees it, his counsel should have argued during trial and on appeal that the Government failed to prove an element of the offense and thus, counsel was ineffective. Unfortunately for Smith, he signed a stipulation on the first day of trial stipulating to the insured status of the bank and that stipulation became evidence in the case

against him. As a result, his contention that the Government failed to prove an element of the offense is not well-taken and no reasonable person could find the appeal to have merit. Accordingly, the request to appeal in forma pauperis is DENIED.

ENTERED: This 2nd day of August, 2010.

s/ William C. Lee
United States District Court